— **EXHIBIT 11** —

IN THE IOWA DISTRICT COURT FOR HUMBOLDT COUNTY
Magistrate Division

| STATE OF IOWA,<br>    Plaintiff | Criminal No. SMCR009978 |
|---|---|
| v. | JUDGMENT & SENTENCE |
| BROOKE LEANN CHAMPAGNE,<br>    Defendant. | |

The above-entitled matter comes before the Court for Sentencing. The Defendant appears by Attorney **Daniel Feistner**. The State is represented by **Jonathan Beaty**, Humboldt County Attorney.

The Defendant, having pled/been found guilty on **COUNT I: Violation of Protective Order**, knows of no legal reason why Judgment should not now be entered and none appears upon the record.

**IT IS THE JUDGMENT AND SENTENCE OF THIS COURT** that the Defendant is convicted of the crime of **Violation of Protective Order**, in violation of Section(s) **664A.7(5)** Iowa Code.

**IT IS FURTHER ORDERED**, for the protection of society, the rehabilitation of the Defendant, and the further reasons stated by the Court on the record, as follows:

1. **JAIL**: The Defendant is hereby sentenced to serve a period of forty-eight (48) hours in the Humboldt County Jail. The Defendant shall be given credit for time served. Defendant shall serve the unsuspended portion of the sentence within sixty (60) days of this judgment.

2. **FINANCIAL OBLIGATIONS:**
   a. The Defendant shall NOT be fined in this case.
   b. Defendant shall pay court appointed attorney fees. The Defendant waived any hearing on her ability to pay attorney fees in this matter.
   c. Restitution shall remain open for thirty (30) days.
   d. The Defendant shall pay Court Costs.

3. **PROBATION**: The Defendant is placed on probation to the Humboldt County Sheriff or his designee for a period of **1** year. Contact number for the Humboldt County Sheriff's Office is 515-332-2471. The Defendant shall contact the probation department within 72 hours of the filing of this Judgment. The Defendant shall have no violations of the law for one year.

4. **COMPANION CHARGES:** Case Number **SMCR009978-Count II** (disorderly conduct) is **DISMISSED** with costs to the State of Iowa.

Any currently set hearings in this matter are hereby cancelled.



State of Iowa Courts

**Type:**     ORDER FOR DISPOSITION

**Case Number**     **Case Title**
SMCR009978     ST OF IA VS BROOKE LEANN CHAMPAGNE

So Ordered

Gregory H. Stoebe, Magistrate,
Second Judicial District of Iowa

Electronically signed on 2015-10-12 15:00:16     page 2 of 2