IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BROOKE CHAMPAGNE & MARICO THOMAS,<br><br>   Plaintiffs,<br><br> v.<br><br>LINEBARGER GOGGAN BLAIR AND SAMPSON, LLP,<br><br>   Defendant. | No. 4:20-CV-00275-SMR-SBJ<br><br>APPEARANCE OF ERICKA PETERSEN |

   Ericka Petersen hereby enters her Appearance on behalf of Plaintiffs Brooke Champagne and Marico Thomas.

                                    Respectfully submitted,


                                    ____/s/ Ericka Petersen_____
                                    Ericka Petersen AT0012347
                                    Iowa Legal Aid
                                    1700 S 1st Avenue
                                    Iowa City, Iowa 52240
                                    epetersen@iowalaw.org
                                    Tel: 319-359-2432
                                    Fax: 319-351-0079
                                    ATTORNEY FOR PLAINTIFFS