UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| BROOKE CHAMPAGNE and MARICO THOMAS,<br><br>            Plaintiffs,<br>v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,<br><br>            Defendant. | Case No. 4:20-cv-00275-SMR-SBJ<br><br>**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

Under Rule 54(d) of the Federal Rules of Civil Procedure, the parties' settlement agreement, 15 U.S.C. § 1692k(a)(3), Iowa Code § 537.5201(8), and 42 U.S.C. § 1988(b), Plaintiffs respectfully move for an award of attorney's fees and costs. Plaintiffs seek attorney's fees in the amount of $232,112.45 and litigation costs in the amount of $1,978.42.

RESPECTFULLY SUBMITTED AND DATED this 20th day of December, 2021.

TERRELL MARSHALL LAW GROUP PLLC


By: /s/ Toby J. Marshall, *Admitted Pro Hac Vice*
Toby J. Marshall, *Admitted Pro Hac Vice*
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: tmarshall@terrellmarshall.com

Alexander Vincent Kornya, AT#0009810
IOWA LEGAL AID
1111 9th Street, Suite 230
Des Moines, Iowa 50310
Telephone: (515) 243-1193
Facsimile: (515) 244-4618
Email: akornya@iowalaw.org

Ericka Petersen, AT#0012347
IOWA LEGAL AID
1700 South 1st Avenue
Iowa City, Iowa 52240
Telephone: (319) 351-6570
Facsimile: (515) 244-4618
Email: epetersen@iowalaw.org

Leslie A. Bailey, *Admitted Pro Hac Vice*
John He, *Admitted Pro Hac Vice*
PUBLIC JUSTICE, P.C.
475 14th Street, Suite 610
Oakland, California 94612
Telephone: (510) 622-8203
Email: lbailey@publicjustice.net
Email: jhe@publicjustice.net

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I, Toby J. Marshall, hereby certify that on December 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Matthew D. Jacobson
>Peter J. Chalik
>WHITFIELD & EDDY, PLC
>699 Walnut Avenue, Suite 2000
>Des Moines, Iowa 50309
>Telephone: (515) 246-5531
>Facsimile: (515) 246-1474
>Email: jacobson@whitfieldlaw.com
>Email: chalik@whitfieldlaw.com
>
>Nabil G. Foster, *Admitted Pro Hac Vice*
>BARRON & NEWBURGER PC
>701 Main Street, Suite 6396
>Evanston Illinois 60204
>Telephone: (312) 767-5750
>Email: nfoster@bn-lawyers.com
>
>*Attorneys for Defendant*

DATED this 20th day of December, 2021.

>>By:   /s/ Toby J. Marshall, *Admitted Pro Hac Vice*
>>Toby J. Marshall, *Admitted Pro Hac Vice*