UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| BROOKE CHAMPAGNE and MARICO THOMAS,<br><br>                        Plaintiffs,<br><br>    v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,<br><br>                       Defendant. | Case No. 4:20-cv-00275-SMR-SBJ<br><br>**DECLARATION OF THOMAS NEWKIRK IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, Thomas Newkirk, submit the following information under penalty of perjury in support of Plaintiffs' motion for attorney fees and costs:

1.	I am a shareholder and founder of the law firm Newkirk Zwagerman, P.L.C. I have personal knowledge of the facts set forth in this declaration.

2.	I received my J.D. degree from Drake University Law School in 1989.

3.	I was admitted to practice law in the State of Iowa in June of 1989 and am an attorney in good standing.

4.	I am also admitted to practice before the United States District Courts for the Northern and Southern Districts of Iowa, as well as the United States Court of Appeals for the Eighth Circuit.

5.       From 1993 to present, I have been employed at lawfirms that practice primarily in the area of employment law, including: The Law Offices of Roger Kuhle, then as a partner in Fiedler, Townsend and Newkirk, then Fiedler Newkirk PLC, later Newkirk Law Firm PLC and presently Newkirk Zwagerman PLC.

6.       From 1993 to the present, I have practiced almost exclusively in the areas of employment law, discrimination and civil rights, representing plaintiffs.

7.       In my 31 years plus of active practice, I estimate that I have handled over two thousand employment or civil rights cases, interviewed and consulted with two thousand more persons, and have tried a number of cases before judges and juries.

8.       I do work on an hourly basis and charge $525 per hour for this work.

9.       By virtue of this experience, and in other court-approved fee procedures such as class action settlements, I have become familiar with the rates charged by attorneys in the plaintiffs' bar in Iowa. I have worked and consulted with many other plaintiffs' attorneys, which has contributed to my familiarity with the usual and customary fees for experienced attorneys in Iowa and throughout the nation. I have also recently observed rates of defense lawyers with whom I have worked or discussed these matters.

10.     I am, with my partner, responsible for setting the rates that we charge clients and seek from courts under fee-shifting statutes. We regularly survey the rates charged by firms handling cases similar to ours. As a result, I am generally familiar with the market rates of Iowa attorneys who practice in the areas of employment, consumer protection, and civil rights throughout the state.  As such, the rates of our firm will be increased across the board from the sums indicated below.

11.     My hourly rate is currently $525.  The hourly rates of other attorneys at my firm currently range from $235 (for associate) to $325 (associate with more than 5 years of litigation experience). The hourly rate is currently $150 for our paralegals and $125 for legal assistants. Our current and historic rates have been approved by state and federal courts in Iowa, including on contested fee motions.

12.     Based on my experience setting the rate schedule at my firm, surveying other firms and attorneys, and petitioning for fee awards, I believe the rates my firm charges are on par with the market rates of Iowa attorneys who practice in the areas of civil rights and general civil litigation.

13.     The rates of the attorneys, paralegals, and litigation assistants in the three firms who worked on this case are well within the market for attorneys practicing consumer protection and civil rights law in Iowa, based on the

information laid out in each firm's declaration.  I would note that given the specialization required for the case at issue, the rates of the attorneys representing the plaintiff are if anything, lower than they should be.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Des Moines, Iowa, this 20th day of December, 2021.

By:_____
Thomas Newkirk

CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on December 20, 2021, I

electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the following:

> Matthew D. Jacobson
> WHITFIELD & EDDY, PLC
> 699 Walnut Avenue, Suite 2000
> Des Moines, Iowa 50309
> Telephone: (515) 246-5531
> Facsimile: (515) 246-1474
> Email: jacobson@whitfieldlaw.com

> Nabil G. Foster, *Admitted Pro Hac Vice*
> BARRON & NEWBURGER PC
> 701 Main Street, Suite 6396
> Evanston Illinois 60204
> Telephone: (312) 767-5750
> Email: nfoster@bn-lawyers.com

> *Attorneys for Defendant*

DATED this 20th day of December, 2021.

> TERRELL MARSHALL LAW GROUP PLLC

> By:   /s/ Toby J. Marshall, *Admitted Pro Hac Vice*
>       Toby J. Marshall, *Admitted Pro Hac Vice*
>       936 North 34th Street, Suite 300
>       Seattle, Washington 98103
>       Telephone: (206) 816-6603
>       Facsimile: (206) 319-5450
>       Email: tmarshall@terrellmarshall.com

> *Attorneys for Plaintiffs*