UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| BROOKE CHAMPAGNE and MARICO THOMAS,<br><br>                Plaintiffs,<br>v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,<br><br>                Defendant. | Case No. 4:20-cv-00275-SMR-SBJ<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE MATERIAL UNDER SEAL**<br><br>**JURY DEMAND** |

In accordance with Rule 5(c) of the Local Federal Rules of Civil Procedure, Plaintiffs respectfully move for leave to file under seal certain materials in support of their motion for attorneys' fees and costs. Specifically, Plaintiffs seek leave to file redacted versions of (1) the Brief in Support of Plaintiffs' Motion for Attorneys' Fees and Costs, (2) the Declaration of Toby J. Marshall in Support of Plaintiffs' Motion for Attorneys' Fees and Costs, and (3) the Settlement Agreement and Release attached as Exhibit A to the Declaration of Toby J. Marshall in Support of Plaintiffs' Motion for Attorneys' Fees and Costs.

As the Court will recognize after reviewing the unredacted version of the Settlement Agreement and Release filed under seal with this motion, the parties agree that a specific term of the settlement shall remain confidential. Marshall Decl., Ex. A ¶ 11(a). The parties also agree they will not publicly disclose any term

1

of the settlement. *Id*. ¶ 11(c). Accordingly, Plaintiffs respectfully ask the Court to accept the redacted filings as submitted.

RESPECTFULLY SUBMITTED AND DATED this 20th day of December, 2021.

TERRELL MARSHALL LAW GROUP PLLC


By: /s/ Toby J. Marshall, *Admitted Pro Hac Vice*
Toby J. Marshall, *Admitted Pro Hac Vice*
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: tmarshall@terrellmarshall.com

Alexander Vincent Kornya, AT#0009810
IOWA LEGAL AID
1111 9th Street, Suite 230
Des Moines, Iowa 50310
Telephone: (515) 243-1193
Facsimile: (515) 244-4618
Email: akornya@iowalaw.org

Ericka Petersen, AT#0012347
IOWA LEGAL AID
1700 South 1st Avenue
Iowa City, Iowa 52240
Telephone: (319) 351-6570
Facsimile: (515) 244-4618
Email: epetersen@iowalaw.org

Leslie A. Bailey, *Admitted Pro Hac Vice*
John He, *Admitted Pro Hac Vice*
PUBLIC JUSTICE, P.C.
475 14th Street, Suite 610
Oakland, California 94612
Telephone: (510) 622-8203
Email: lbailey@publicjustice.net
Email: jhe@publicjustice.net

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on December 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Matthew D. Jacobson
>Peter J. Chalik
>WHITFIELD & EDDY, PLC
>699 Walnut Avenue, Suite 2000
>Des Moines, Iowa 50309
>Telephone: (515) 246-5531
>Facsimile: (515) 246-1474
>Email: jacobson@whitfieldlaw.com
>Email: chalik@whitfieldlaw.com
>
>Nabil G. Foster, *Admitted Pro Hac Vice*
>BARRON & NEWBURGER PC
>701 Main Street, Suite 6396
>Evanston Illinois 60204
>Telephone: (312) 767-5750
>Email: nfoster@bn-lawyers.com
>
>*Attorneys for Defendant*

DATED this 20th day of December, 2021.

By: /s/ Toby J. Marshall, *Admitted Pro Hac Vice*
Toby J. Marshall, *Admitted Pro Hac Vice*