**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**(CENTRAL DIVISION)**

| | |
|---|---|
| BROOKE CHAMPAGNE & MARICO THOMAS,<br><br>          Plaintiffs,<br><br>v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,<br><br>          Defendant. | Case No. 4:20-cv-275-SMR-SBJ<br><br><br><br>**JOINT MOTION**<br>**TO CONTINUE** |

Plaintiffs, Brooke Champagne and Marico Thomas, and Defendant, Linebarger Goggan Blair & Sampson, LLP, pursuant to Local Rule 7, respectfully request that the Court continue Defendant's deadline to resist to Plaintiffs' Motion for Attorney Fees & Costs to and including January 31, 2022, and to set Plaintiffs' deadline to reply to Defendant's resistance to and including February 18, 2022:

1.      On December 20, 2021, Plaintiffs Brooke Champagne and Marico Thomas filed a Motion for Attorney Fees & Costs ("**Motion**"). ECF Nos. 41–47.

2.      Defendant's deadline to respond to the Motion is January 3, 2022.

3.      Defendant is requesting that the Court extend Defendant's deadline to resist the Motion to and including January 31, 2022.

4.      Plaintiffs are requesting that the Court set their deadline to reply to Defendant's resistance to and including February 18, 2022.

5.      There is good cause for this extension given the holiday season and the extensive records at issue.

6.      These deadlines have not previously been continued or extended.

7.      There are no other deadlines remaining in this case.

8.      The Court removed the pre-trial and trial dates from the calendar.

9.      Counsel for both parties have conferred in good faith and jointly move the Court for these extensions.

Respectfully submitted,

By: */s/ Alexander Vincent Kornya*
     Alexander Vincent Kornya

IOWA LEGAL AID
1111 9th St., Ste. 230
Des Moines, IA 50310
T: (515) 243.1193
F: (515) 244.4618
akornya@iowalaw.org

Toby J. Marshall
TERRELL MARSHALL LAW
GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
T: (206) 816-6603
F: (206) 319-5450
tmarshall@terrellmarshall.com

Leslie A. Bailey
PUBLIC JUSTICE, P.C.
475 14th Street, Suite 610
Oakland, California 94612
T: (510) 622-8203
lbailey@publicjustice.net

ATTORNEYS FOR PLAINTIFFS

By: */s/ Matthew D. Jacobson*
     Matthew D. Jacobson

By: */s/ Peter J. Chalik*
     Peter J. Chalik

WHITFIELD & EDDY, PLC
699 Walnut Ave., Suite 2000
Des Moines, IA 50309
Phone: 515-246-5531
Fax: 515-246-1474
Email: jacobson@whitfieldlaw.com
Email: chalik@whitfieldlaw.com

ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I further certify that on December 28, 2021, the foregoing document was served upon the

following attorneys of record for the Plaintiff via the Electronic Case Filing (ECF) system of the

U.S. District Court for the Southern District of Iowa:

Alexander Vincent Kornya
IOWA LEGAL AID
1111 9th St., Ste. 230
Des Moines, IA 50310

Toby J. Marshall
TERRELL MARSHALL LAW
GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103

Leslie A. Bailey
PUBLIC JUSTICE, P.C.
475 14th Street, Suite 610
Oakland, California 94612

ATTORNEYS FOR PLAINTIFFS

_____*/s/ Peter J. Chalik*_____
Peter J. Chalik