UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| BROOKE CHAMPAGNE and MARICO THOMAS,<br><br>                    Plaintiffs,<br>     v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,<br><br>                    Defendant. | Case No. 4:20-cv-00275-SMR-SBJ<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE ADDITIONAL MATERIAL UNDER SEAL** |

In accordance with Rule 5(c) of the Local Federal Rules of Civil Procedure, Plaintiffs respectfully move for leave to file under seal certain additional materials in support of their motion for attorneys' fees and costs. Specifically, Plaintiffs seek leave to file redacted versions of (1) the Reply Brief in Support of Plaintiffs' Motion for Attorneys' Fees and Costs, and (2) the Supplemental Declaration of Alex Kornya in Support of Plaintiffs' Motion for Attorneys' Fees and Costs.

As the Court will recognize after reviewing the unredacted version of the Settlement Agreement and Release filed under seal as an exhibit to the original brief in support of the Plaintiff's motion for attorney fees, the parties agree that a specific term of the settlement shall remain confidential. The parties also agree they will not publicly disclose any term of the settlement. Accordingly, Plaintiffs respectfully ask the Court to accept the redacted filings as submitted.

RESPECTFULLY SUBMITTED AND DATED this 23rd day of March, 2022.

        BROOKE CHAMPAGNE and MARICO THOMAS, Plaintiffs

        By: /s/ Alex Kornya
        Alexander Vincent Kornya, AT#0009810
        IOWA LEGAL AID
        1111 9th Street, Suite 230
        Des Moines, Iowa 50310
        Telephone: (515) 243-1193
        Facsimile: (515) 244-4618
        Email: akornya@iowalaw.org

        Toby J. Marshall, *Admitted Pro Hac Vice*
        936 North 34th Street, Suite 300
        Seattle, Washington 98103
        Telephone: (206) 816-6603
        Facsimile: (206) 319-5450
        Email: tmarshall@terrellmarshall.com

        Ericka Petersen, AT#0012347
        IOWA LEGAL AID
        1700 South 1st Avenue
        Iowa City, Iowa 52240
        Telephone: (319) 351-6570
        Facsimile: (515) 244-4618
        Email: epetersen@iowalaw.org

        Leslie A. Bailey, *Admitted Pro Hac Vice*
        John He, *Admitted Pro Hac Vice*
        PUBLIC JUSTICE, P.C.
        475 14th Street, Suite 610
        Oakland, California 94612
        Telephone: (510) 622-8203
        Email: lbailey@publicjustice.net
        Email: jhe@publicjustice.net

CERTIFICATE OF SERVICE

I, Alex Kornya, hereby certify that on March 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Matthew D. Jacobson
>Peter J. Chalik
>WHITFIELD & EDDY, PLC
>699 Walnut Avenue, Suite 2000
>Des Moines, Iowa 50309
>Telephone: (515) 246-5531
>Facsimile: (515) 246-1474
>Email: jacobson@whitfieldlaw.com
>Email: chalik@whitfieldlaw.com
>
>Nabil G. Foster, *Admitted Pro Hac Vice*
>BARRON & NEWBURGER PC
>701 Main Street, Suite 6396
>Evanston Illinois 60204
>Telephone: (312) 767-5750
>Email: nfoster@bn-lawyers.com
>
>*Attorneys for Defendant*

DATED this 23rd day of March, 2022.

By:  \_\_/s/ Alex Kornya_____
Alex Kornya